# EXHIBIT B
# To Notice of Removal

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MARVIN JACKSON, *Plaintiff*, | § § § § § |
| v. | § § CIVIL ACTION NO. _____ |
| WORLD WRESTLING ENTERTAINMENT, INC., *Defendant*. | § § § § § § |

## INDEX OF DOCUMENTS FILED IN STATE COURT ACTION

Defendant World Wrestling Entertainment, Inc. ("WWE") files the following Index of Documents Filed in *Marvin Jackson v. World Wrestling Entertainment, Inc.*, Cause No.348-339527-23 ("State Court Action") pursuant to Northern District of Texas Local Rule 81 as Exhibit B to Defendant's Notice of Removal:

| Exhibit | Date filed | Description |
|---|---|---|
| Exhibit B-1 | 01/12/2023 | Plaintiff's Original Petition |
| Exhibit B-2 | 01/23/2023 | Civil Process Request for issuance of citation from Scott Armstrong |
| Exhibit B-3 | 01/23/2023 | Citation issued to World Wrestling Entertainment, Inc. |
| Exhibit B-4 | 01/30/2023 | Return of Service on World Wrestling Entertainment, Inc. |
| Exhibit B-5 | 01/30/2023 | Return of Service on World Wrestling Entertainment, Inc. |

**INDEX OF DOCUMENTS FILED IN STATE COURT ACTION -**Page 1 of 1