# EXHIBIT B-2
# To Notice of Removal

FILED
TARRANT COUNTY
1/23/2023 12:33 PM
THOMAS A. WILDER
DISTRICT CLERK

348-339527-23



2800 North Loop W, Ste 900
Houston, Texas 77092
Tel. (832) 709-1124
Fax (832) 709-1125
albtriallawyers.com

January 23, 2023

Tarrant County District Clerk *Via E-file*
100 North Calhoun Street
Fort Worth, TX 76196

    Re:    **Cause No. 348-339527-23;** *Marvin Jackson v. World Wrestling Entertainment, Inc.;* 348th Judicial District Court of Tarrant County, Texas.

Dear Tarrant County District Clerk:

Please accept this correspondence as a Civil Process Request for issuance of a citation to World Wrestling Entertainment, Inc. through its registered agent C T Corporation System, 1999 Bryan St., Ste. 900, Dallas, TX 75201.

The $8.00 citation fee is enclosed with this filing. Please contact my office should you have any questions or concerns.

Sincerely,

*/s/ Scott P. Armstrong*

Scott P. Armstrong

Enclosure

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cindy Ibarra on behalf of Scott Armstrong
Bar No. 24092050
cibarra@armstronglee.com
Envelope ID: 72038977
Status as of 1/23/2023 1:07 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Scott Armstrong | | sarmstrong@armstronglee.com | 1/23/2023 12:33:38 PM | SENT |
| Armstrong Lee & Baker LLP Service | | service@armstronglee.com | 1/23/2023 12:33:38 PM | SENT |
| Kelly M.Viktorin | | kviktorin@armstronglee.com | 1/23/2023 12:33:38 PM | SENT |
| Ryan T.Wagner | | rwagner@armstronglee.com | 1/23/2023 12:33:38 PM | SENT |