# EXHIBIT B-3
# To Notice of Removal

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

**CITATION**  Cause No. 348-339527-23

MARVIN JACKSON
VS.
WORLD WRESTLING ENTERTAINMENT, INC.

TO: WORLD WRESTLING ENTERTAINMENT INC

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 348th District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

MARVIN JACKSON

Filed in said Court on January 12th, 2023 Against
WORLD WRESTLING ENTERTAINMENT INC

For suit, said suit being numbered 348-339527-23 the nature of which demand is as shown on said PLAINTIFF'S ORIGINAL PETITION a copy of which accompanies this citation.

SCOTT P ARMSTRONG
Attorney for MARVIN JACKSON Phone No. (832)709-1124
Address    2800 N LOOP W STE 900 HOUSTON, TX 77092

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 24th day of January, 2023.

By ____amanda____ Deputy
AMANDA PFISTERER

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN  *34833952723000006*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by delivering to the within named (Def.): _____ defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION , having first endorsed on same the date of delivery.

Authorized Person/Constable/Sheriff: _____
County of _____ State of_____ By _____ Deputy
Fees $_____      _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                           _____
County of _____, State of _____

*CITATION*

Cause No. 348-339527-23

MARVIN JACKSON

VS.

WORLD WRESTLING
ENTERTAINMENT, INC.

ISSUED

This 24th day of January, 2023

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By        AMANDA PFISTERER Deputy

SCOTT P ARMSTRONG
Attorney for: MARVIN JACKSON
Phone No. (832)709-1124
ADDRESS: 2800 N LOOP W STE 900

HOUSTON, TX 77092

*CIVIL LAW*



*34833952723000006*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
**ORIGINAL**