# EXHIBIT B-4
# To Notice of Removal

348-339527-23

FILED
TARRANT COUNTY
1/30/2023 10:52 AM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 348-339527-23

| | | |
|---|---|---|
| MARVIN JACKSON **PLAINTIFF** | § § § | |
| VS. | § § | IN THE 348th District Court |
| WORLD WRESTLING ENTERTAINMENT, INC. **DEFENDANT** | § § § § § § | TARRANT COUNTY, TX |

## RETURN OF SERVICE

**ON Wednesday, January 25, 2023 AT 9:04 AM**
CITATION, PLAINTIFF'S ORIGINAL PETITION for service on WORLD WRESTLING ENTERTAINMENT INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM came to hand.

**ON Friday, January 27, 2023 AT 2:32 PM, I, DON  ANDERSON, PERSONALLY DELIVERED THE ABOVE-NAMED DOCUMENTS TO:** WORLD WRESTLING ENTERTAINMENT INC. C/O REGISTERED AGENT CT CORPORATION SYSTEM, by delivering to Intake Specialist: George Martinez, 1999 BRYAN ST STE 900, DALLAS, DALLAS COUNTY, TX 75201.

My name is DON  ANDERSON. My address is 1900 Brown, BALCH SPRINGS, TX 75180. I am a private process server certified by the Texas Judicial Branch Certification Commission (PSC 4232, expires 8/31/2024). My e-mail address is info@easy-serve.com. My date of birth is 7/14/1956. I am in all ways competent to make this statement, and this statement is based on personal knowledge. I am not a party to this case and have no interest in its outcome. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas COUNTY, TX on Monday, January 30, 2023.

/S/ DON  ANDERSON

Jackson, Marvin

Doc ID: 305308_1

# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

**CITATION**  Cause No. 348-339527-23

MARVIN JACKSON
VS.
WORLD WRESTLING ENTERTAINMENT, INC.

TO: WORLD WRESTLING ENTERTAINMENT INC

B/S REG AGENT-CT CORPORATION SYSTEM 1999 BRYAN ST STE 900 DALLAS, TX 75201-

```
You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFF'S ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 348th District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

MARVIN JACKSON

Filed in said Court on January 12th, 2023 Against
WORLD WRESTLING ENTERTAINMENT INC

For suit, said suit being numbered 348-339527-23 the nature of which demand is as shown on said
PLAINTIFF'S ORIGINAL PETITION  a copy of which accompanies this citation.
```

SCOTT P ARMSTRONG
Attorney for MARVIN JACKSON Phone No. (832)709-1124
Address    2800 N LOOP W STE 900 HOUSTON, TX 77092

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 24th day of January, 2023.

By _____ AMANDA PFISTERER

A CERTIFIED COPY
ATTEST: 01/24/2023
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Amanda Pfisterer

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM, on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

## OFFICER'S RETURN *34833952723000006*

```
Received this Citation on the _____ day of _____, ____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, ____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFF'S ORIGINAL PETITION
, having first endorsed on same the date of delivery.



        Authorized Person/Constable/Sheriff: _____
        County of _____ State of_____ By _____ Deputy
Fees $_____                          _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                   _____
                            County of _____, State of _____
```