# EXHIBIT B - 6
# To Notice of Removal

314712481.1



Civil Case and Transaction Information  02/16/2023 10:34 AM

Court : 348    Case : 339527    Search    New Search    ☐ Show Service Documents ONLY

**Cause Number : 348-339527-23**                                **Date Filed : 01-12-2023**

MARVIN JACKSON | VS | WORLD WRESTLING ENTERTAINMENT, INC.

**Cause of Action :** INJURY OR DAMAGE, OTHER INJURY OR DAMAGE
**Case Status :** PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 01-12-2023 | PLTF'S ORIG PET | | N | $350.00 | |
| 01-12-2023 | PAYMENT RECEIVED trans #1 | | Y | | $213.00 |
| 01-12-2023 | PAYMENT PAID TO STATE trans #1 | | Y | | $137.00 |
| 01-12-2023 | JURY REQUESTED | | | | $0.00 |
| 01-23-2023 | LTR REQ CITATION - EMAIL | | | | $0.00 |
| 01-23-2023 | CIT-ISSUED ON WORLD WRESTLING ENTERTAINMENT INC-On 01/24/2023 | | N   Svc | $8.00 | |
| 01-23-2023 | PAYMENT RECEIVED trans #6 | | Y | | $8.00 |
| 01-30-2023 | CIT RET OF SVC-WORLD WRESTLING ENTERTAINMENT INC- EXEC 1-27-23 | | | | $0.00 |
| 01-30-2023 | CIT Tr# 6 RET EXEC(WORLD WRESTLING ENTERTAINMENT INC) On 01/27/2023 | | | | $0.00 |