IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARVIN JACKSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-371-L** |
| | § | |
| **WORLD WRESTLING,** | § | |
| **ENTERTAINMENT, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 17, 2023, this action was removed from the 348th Judicial District Court in Tarrant County, Texas, to the Northern District of Texas, Dallas Division. On the same date, the court was notified that the case was inadvertently removed by Defendant to the Dallas Division rather than the Fort Worth Division. As Tarrant County, Texas, is located in the Fort Worth Division, this action should have been removed to the Fort Worth Division. *See* 28 U.S.C. § 124(a)(2). Instead of remanding the action, the court in the interest of justice *sua sponte* **transfers** it, pursuant to 28 U.S.C. § 1406(a), to Northern District of Texas, Fort Worth Division and **directs** the clerk of the court to effect the transfer in accordance with normal procedure. *See Kreimerman v. Casa Veerkamp, S.A. de C.V.*, 22 F.3d 634, 645 (5th Cir. 1994) (explaining that transfer under § 1406(a) is proper when a case is removed to the wrong division) (footnote and citations omitted).

**It is so ordered** this 17th day of February, 2023.

Sam A. Lindsay
United States District Judge

Order – Solo Page