UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARVIN JACKSON,**

   Plaintiff,

v.                                      **No. 4:23-cv-00172-P**

**WORLD WRESTLING ENTERTAINMENT INC.,**

   Defendant.

# ORDER

Local Rule 83.10(a) requires the appearance of local counsel where counsel of record for a party does not reside in this district or maintain their principal office in this district. N.D. TEX. R. 83.10(a). "Local counsel" means a member of the bar of this court who resides or maintain their principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the Fort Worth Division. *Id.*; *see United States v. Thomas*, No. 4:13-CV-688-A, 2013 WL 11332537, at *1–2 (N.D. Tex. Sept. 5, 2013) (McBryde, J.) (holding that Local Rule 83.10(a) required Austin-based attorney to designate local counsel).

A review of the record reveals that Plaintiff has yet to comply with Local Rule 83.10(a), as Plaintiff's counsel is in Houston, Texas. Accordingly, the Court **ORDERS** that no later than **March 3, 2023**, Plaintiff shall file the entry of appearance of local counsel satisfying the requirements of Local Rule 83.10(a). Failure to do so may result in the imposition of sanctions, Plaintiff's further pleadings being stricken and/or dismissal of the action without prejudice without further notice.

The Court also **ORDERS** Ryan T. Wagner and Roderick Paul Hatch file an application to proceed pro hac vice or otherwise comply with Local Rule 83.9(a) by **March 3, 2023.** Failure to do so may result in the imposition of sanctions, including striking of filings, and/or a ban from practicing in the Northern District of Texas.

**SO ORDERED** on this **21st day of February 2023.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE