IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARVIN JACKSON | § | |
| | § | |
| , *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO 4:23-CV-00172-P |
| | § | |
| WORLD WRESTLING | § | |
| ENTERTAINMENT, INC. | § | **PROPOSED ORDER** |
| | § | **GRANTING PLAINTIFF'S** |
| *Defendant.* | § | **MOTION FOR LEAVE** |

The Court has considered Plaintiff's Motion for Leave from the Local Counsel Requirement Under Local Rule 83.10 (the "Motion"). The Court finds that the Motion should be granted.

It is therefore ORDERED that Plaintiff may proceed without local counsel until after the Court rules on Defendant's Motion to Compel Arbitration (Doc. 6). If the Court denies Defendant's Motion to Compel Arbitration then Plaintiff must file notice of appearance for local counsel within 14 days of the Court's order.

Signed on _March 3, 2023_.

_____
United States District Judge