UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARVIN JACKSON,**

Plaintiff,

v.                                                              **No. 4:23-cv-0172-P**

**WORLD WRESTLING ENTERTAINMENT,
INC.,**

Defendant.

## FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order compelling arbitration in and dismissing this case dated the same day (ECF No. 20), it is **ORDERED** that this case is **DISMISSED with prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **9th day of May 2023.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE